FOURTH DEPARTMENT, MARCH, 2004

(March 19, 2004)

■ BARBARA VANYO et al., Appellants, v BERKSHIRE-HATHAWAY, INC., Doing Business as BUFFALO NEWS, et al., Respondents. [773

NYS2d 651]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered August 23, 2002. The order denied plaintiffs' motion to compel disclosure and granted defendants' cross motion for a protective order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Kehoe and Hayes, JJ.